FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2013 NOV 13  A 11: 40

CLERK'S OFFICE
AT BALTIMORE

BY_____ DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(BALTIMORE DIVISION)

ANNE MCELROY                )
                            )
        Plaintiff           )
                            )
vs.                         )   Case No. 1:13-CV-00194-MJG
                            )
KRAMER, LINKIE & TAYLOR, LLC )
                            )
        Defendant           )
                            )

## NOTICE OF VOLUNTARY DISMISSAL

The parties herein, by and through counsel, stipulate that the above-entitled matter be entered settled and dismissed, with prejudice as to all claims. Each party will be responsible for paying its own costs, expenses and attorney's fees.

                                    THE LAW OFFICES OF RONALD S. CANTER, LLC

/s/ Amy Lynn Bennecoff              /s/ Ronald S. Canter
Amy Lynn Bennecoff, Esquire         Ronald S. Canter, Esquire
KIMMEL AND SILVERMAN PC             200A Monroe Street, Suite 104
30 E Butler Pike                    Rockville, Maryland 20850
Ambler, Pennsylvania 19002          Telephone: (301) 424-7490
Email: abennecoff@creditlaw.com     Facsimile:  (301) 424-7470
*Attorney for Plaintiff*            E-Mail: rcanter@roncanterllc.com
                                    *Attorney for Defendant*


**APPROVED:** on Friday, November 8, 2013.

            /s/
_____
United States District Judge
Marvin J. Garbis

1